MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7200
   Facsimile:      (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00665 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM SEPTEMBER 25, 2012 TO OCTOBER 30, 2012 |
| v. | |
| DANIEL SANTIAGO, | |
| Defendant. | |

On September 25, 2012, the parties in this case appeared before the Honorable Richard Seeborg for a status conference.  At that time, the parties represented that the government had just recently produced discovery to the defense and that the defense would need additional time to review and analyze the discovery and to conduct investigation.  The parties jointly requested an extension of time until October 30, 2012 and stipulated that time should be excluded from September 25, 2012 to October 30, 2012 for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

                                    MELINDA HAAG
                                    United States Attorney

DATED: October 29, 2012                 /s/
                                    RANDY LUSKEY
                                    Assistant United States Attorney

DATED: October 29, 2012                 /s/
                                    RITA BOSWORTH
                                    Attorney for Daniel Santiago

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from September 25, 2012 to October 30, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 10/29/12                                         
                                  THE HON. RICHARD SEEBORG
                                  United States District Court Judge