PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:  (415) 781-2266
E-Mail:    goodmanlawoffice@att.net

Attorney for Defendant
DANIEL SANTIAGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-0665 RS |
| Plaintiff, | STIPULATED ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION TO SUPPRESS EVIDENCE |
| vs. | |
| DANIEL SANTIAGO, | |
| Defendant. | |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel in this matter, Assistant United States Attorney ("AUSA") Randy Luskey, and defendant DANIEL SANTIAGO, by and through his counsel, Peter Goodman, hereby stipulate and agree as follows:

   1.   On December 18, 2012, this Court approved a briefing schedule and hearing date agreed to by the parties for defendant SANTIAGO's intended Motion to Suppress Evidence.  The briefing schedule provided that defendant SANTIAGO would file his motion on January 15, 2013, the government would file its opposition on January 29, 2013, and the defendant would file any reply brief on February 5, 2013.  A hearing on the motion was scheduled for February 12, 2013, at 2:30 p.m.

  2. Counsel for defendant SANTIAGO has requested and the government has agreed to a modification of the briefing schedule and the hearing date to allow defense counsel to complete research on the merits of two additional issues he may raise in the suppression motion.  The proposed modification agreed to by the parties would result in a one week continuance of the dates previously set so that defendant SANTIAGO would file his suppression motion on January 22, 2013, the government would file its opposition on February 5, 2013, the defendant would file any reply brief on February 12, 2013, and the hearing on the motion would take place on February 19, 2013, at 2:30 p.m.

  3. The parties further agree that if the defendant raises additional issues in his motion beyond suppression of the statements he made to the police on August 13, 2012, and the government requests additional time to respond to those issues, the defendant will not oppose a further modification of the briefing schedule and the hearing date to accommodate that request.

SO STIPULATED

DATED: January 14, 2013

             /s/
            PETER GOODMAN
            Attorney for Defendant
            DANIEL SANTIAGO

SO STIPULATED

DATED: January 14, 2013

             /s/
            RANDY LUSKEY
            Assistant United States Attorney

## ORDER MODIFYING BRIEFING SCHEDULE

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule approved by this Court on December 18, 2012, for defendant SANTIAGO's intended Motion to Suppress Evidence is hereby modified to provide that defendant SANTIAGO will file his suppression motion on January 22, 2013, the government file its opposition on February 5, 2013, any reply brief will be filed on February 12, 2013, and the hearing date on the motion will occur on February 19, 2013, at 2:30 p.m.

DATED: 1/15/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE