MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDALL LUSKEY (CABN 240915)
Assistant United States Attorney

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney
  450 Golden Gate Ave., Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7200
  Fax: (415) 436-7234
  E-Mail: marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-0665 RS |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER RE TRIAL SCHEDULE |
| DANIEL SANTIAGO, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

As the parties have repeatedly represented to the Court, they are confident that the trial, which is scheduled to begin on Monday, March 18th, will last only five days. However, if for some reason, the trial continues into the following week, the parties respectfully request that no trial be conducted on Monday, March 25th or Tuesday, March 26th. The Jewish holiday of Passover begins on March 25th, with important ceremonies occurring on the 25th and 26th. Counsel for the government, Marc Price Wolf, has longstanding plans to spend the holiday with his family in Los Angeles and would like to be able to attend. The defendant does not oppose

STIPULATION AND [~~PROPOSED~~] ORDER RE TRIAL SCHEDULE
CR-12-0665 RS

1  this request.  The government does not make this request lightly as it realizes that the Court
2  operates under a very busy schedule.  Hopefully this requested accommodation will not disrupt
3  the Court's schedule too much.

4  DATED: February 27, 2013              Respectfully submitted,

5                                         MELINDA HAAG
                                          United States Attorney
6

7                                         _____/s/_____
                                          MARC PRICE WOLF
8                                         Special Assistant United States Attorney

9

10

11                                        _____/s/_____
                                          PETER GOODMAN
12                                        Attorney for Defendant
                                          DANIEL SANTIAGO
13

14

15  DATED:  2/28/13

16

17                                        _____
                                          RICHARD SEEBORG
18                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER RE TRIAL SCHEDULE
CR-12-0665 RS                             2