PETER GOODMAN
Attorney at Law
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:   (415) 781-2266
E-Mail:   goodmanlawoffice@att.net

Attorney for Defendant
DANIEL SANTIAGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL SANTIAGO, ) <br> ) <br> Defendant. ) <br> _____ ) | CR-12-0665 RS <br><br> STIPULATION AND [P~~ROPOSE~~D] ORDER MODIFYING BRIEFING SCHEDULE RE *DAUBERT* MOTION AND EXCLUDING TIME UNDER 18 U.S.C. §§3161(h)(7)(A) AND (h)(7)(B)(iv) OF THE SPEEDY TRIAL ACT |

The United States of America, by its attorneys, Melinda Haag, United States Attorney for the Northern District of California, and Special Assistant United States Attorney ("AUSA") Marc Price Wolf, and defendant DANIEL SANTIAGO, by his attorney, Peter Goodman, hereby submit this Stipulation and [Proposed] Order requesting that the briefing schedule relative to the defense *Daubert* motion that was set on September 20, 2013, be modified to extend the filing dates and the hearing by two weeks.  The current schedule provides that the defense will file its opening brief on October 18, 2013; the government will file its opposition on November 16, 2013; the defense will file its reply on November 22, 2013; a hearing on the motion is scheduled on December 3, 2013, at 2:00 p.m.   Defense counsel has learned by Bicka Barlow, who has been designated as associate counsel in this matter and will be arguing the *Daubert* motion, will be out of

the country on December 3, 2013.  The defense has also determined that the DNA testing performed by the Serological Research Institute ("SERI"), the admissibility of which is the subject of the *Daubert* motion, involved "validation studies" and other documentation which the defense needs to prepare the motion.  The defense has requested those materials and anticipates that they will be made available by SERI in the next two weeks.  The defense will be providing copies of those materials to the government upon their receipt from SERI.

Given the unavailability of Ms. Barlow on the day the motion is scheduled to be heard and the defense need for additional discovery materials related to the DNA testing performed by SERI, the parties are requesting that the present briefing schedule be modified to provide that the defense will file its *Daubert* motion on October 28, 2013; the government will file its opposition on November 25, 2013; the defense will file its reply on December 6, 2013; and the hearing on the motion will be held on December 17, 2013, at 2:00 p.m.

The defendant is out of custody on location monitoring.  Given his release from custody, the defendant is agreeable to a further exclusion of time pursuant to 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) of the Speedy Trial Act from the date of this Stipulation until the date all pretrial motions in his case are decided.

SO STIPULATED

DATED:   October 17, 2013

                    MELINDA HAAG
                    United States Attorney

            By:   _____/s/_____
                    MARC WOLF
                    Assistant United States Attorney

///

///

///

SO STIPULATED

DATED: October 17, 2013

               /s/
PETER GOODMAN
Attorney for Defendant
DANIEL SANTIAGO

### ORDER MODIFYING BRIEFING SCHEDULE ON *DAUBERT* MOTION AND EXCLUDING TIME PURSUANT TO 18 U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) OF THE SPEEDY TRIAL ACT

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule on the defense *Daubert* motion and the hearing date on said motion previously set on September 20, 2013, be modified to provide that: 1) the defense will file its opening brief on October 28, 2013; 2) the government will file its opposition on November 25, 2013; 3) the defense will file its reply on December 6, 2013; and 4) the hearing on the motion will be held on December 17, 2013, at 2:00 p.m.

Based on the stipulation of the parties and good cause appearing, the Court finds that time should properly be excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act from the date of this Order until all pretrial motions in this case are decided in the interests of justice and to ensure effective assistance of counsel.

DATED: 10/18/13

RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE