1  PETER GOODMAN
   Attorney at Law
2  State Bar No. 65975
   400 Montgomery Street, Second Floor
3  San Francisco, California  94104
   Telephone: (4l5) 781-8866
4  Facsimile:   (415) 781-2266
   E-Mail:  goodmanlawoffice@att.net
5
   Attorney for Defendant
6  DANIEL SANTIAGO

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )   CR-12-0665 RS
                                     )
13            Plaintiff,             )   STIPULATION AND [~~PROPOSED~~] ORDER
                                     )   MODIFYING BRIEFING SCHEDULE AND
14        vs.                        )   HEARING DATE RE *DAUBERT* MOTION
                                     )   AND EXCLUDING TIME UNDER 18 U.S.C.
15  DANIEL SANTIAGO,                 )   §§3161(h)(7)(A) AND (h)(7)(B)(iv) OF THE
                                     )   SPEEDY TRIAL ACT
16            Defendant.             )
                                     )
17  _____ )

18       The United States of America, by its attorneys, Melinda Haag, United States

19  Attorney for the Northern District of California, and Special Assistant United States

20  Attorneys ("AUSAs") Marc Price Wolf and Arianna Berg, and defendant DANIEL

21  SANTIAGO, by his attorney, Peter Goodman, hereby submit this Stipulation and

22  [Proposed] Order requesting that the briefing schedule and the hearing date on the

23  defense *Daubert* motion set on October 18, 2013, be modified as provided herein.

24  The previous schedule required the defendant to file his opening brief on October

25  28, 2013, the government to file its opposition on November 25, 2013, and the

26  defendant to file his reply on December 6, 2013, with a hearing on the motion to

27  occur on December 17, 2013.   Preparation of the motion has taken considerably

28  longer than the defense anticipated and the parties are agreed that a modification

                                    -1-

1   of the previous schedule is appropriate.  Therefore, the parties stipulate and agree that

2   the briefing schedule and the hearing date be modified to provide that the defense shall

3   file its opening brief on November 22, 2013, the government will file its opposition on

4   December 20, 2013, the defense will file its reply on December 30, 2013, and a hearing

5   will occur on January 10, 2014, at 2:00 p.m.

6         The defendant is out of custody residing at a halfway house.  Given his release

7   from custody, the defendant is agreeable to a further exclusion of time pursuant to 18

8   U.S.C. §§3161(h)(7)(A) and (h)(7)(B)(iv) of the Speedy Trial Act from the date of this

9   Stipulation until the date all pretrial motions in his case are decided.

10  SO STIPULATED

11  DATED:   November 13, 2013

12

13                              MELINDA HAAG
                                United States Attorney
14

15

16                  By:  _____/s/_____
                         MARC PRICE WOLF
17                       Special Assistant United States Attorney

18  SO STIPULATED

19  DATED:   November 13, 2013

20

21
                                 _____/s/_____
22                               PETER GOODMAN
                                 Attorney for Defendant
23                               DANIEL SANTIAGO

24

25  ///

26  ///

27  ///

28  ///

                                    -2-

ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE
FOR *DAUBERT* MOTION AND EXCLUDING TIME PURSUANT TO 18
U.S.C. §§3161(h)(7)(A)  and (h)(7)(B)(iv) OF THE SPEEDY TRIAL ACT

Based on the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule on the defense *Daubert* motion and the hearing date on said motion previously set on October 18, , 2013, be modified to provide that: 1) the defense will file its opening brief on November 22, 2013; 2)  the government will file its opposition on December 20, 2013; 3)  the defense will file its reply on December 30, 2013; and 4)  the hearing on the motion will be held on January 10, 2014, at 2:00 p.m.

Based on the stipulation of the parties and good cause appearing, the Court finds that time should properly be excluded pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act from the date of this Order until all pretrial motions in this case are decided in the interests of justice and to ensure effective assistance of counsel.

DATED:  11/14/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE