MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ARIANNA BERG (NYBN 4127825)
Assistant United States Attorney

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6488
   FAX: (415) 436-7234
   marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 12-0665 RS |
|---|---|
| | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) MODIFYING BRIEFING SCHEDULE AND |
| v. | ) HEARING DATE RE *DAUBERT* MOTION |
| | ) |
| | )  AS MODIFIED BY THE COURT |
| DANIEL SANTIAGO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties submit this stipulation and proposed order requesting that the briefing schedule and the hearing date on the defendant's *Duabert* motion be modified. The defendant has already filed his opening brief on November 22, 2013, and under the current schedule the government is to file its opposition on December 20, 2013, the defendant is to file his reply on December 30, 2013 and the matter shall be heard on January 10, 2014 at 2:00 p.m. Just as preparation of the defendant's motion took considerably longer than he anticipated, the government requires more time to adequately research and draft its motion. Therefore, the parties stipulate and agree that the briefing schedule and hearing

STIPULATION AND BRIEFING SCHEDULE
CR 12-0665 RS

date be modified as follows: the government shall file its brief by January 10, 2014; the defendant shall file his reply brief by January 20, 2014; and the hearing on the matter shall be on February 4, ~~2013~~ 2014 at 10:00 a.m. ~~2:30 p.m~~.

DATED: December 17, 2013                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            _____/s/_____
                                            MARC PRICE WOLF
                                            Special Assistant United States Attorney



                                            _____/s/_____
                                            PETER GOODMAN
                                            Attorney for Defendant
                                            DANIEL SANTIAGO


<u>ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE FOR *DAUBERT* MOTION</u>

Based on the stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED that the briefing schedule on the defendant's *Daubert* motion be modified as follows: the government shall file its brief by January 10, 2014; the defendant shall file his reply brief by January 20, 2014; and the hearing on the matter shall be on February 4, ~~2013~~ 2014 at 10:00 a.m.

DATED: 12/17/13

                                            _____
                                            RICHARD SEEBORG
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND BRIEFING SCHEDULE
CR 12-0665 RS