MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ARIANNA BERG (NYBN 4127825)
Assistant United States Attorney

MARC PRICE WOLF (CABN 254495)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 12-0665 RS |
| v. | STIPULATION [~~AND PROPOSED~~ ORDER] TO VACATE BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S DAUBERT MOTION |
| DANIEL SANTIAGO, | |
|     Defendant. | |

The parties submit this stipulation to state that the government is no longer seeking to introduce evidence of SERI's DNA testing in the government's case-in-chief and the defendant withdraws his *Daubert* motion to exclude this evidence. Accordingly, the parties request that the briefing schedule and hearing on the motion be vacated.

STIPULATION
CR 12-0665 RS

DATED: January 9, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
Special Assistant United States Attorney

/s/
PETER GOODMAN
Attorney for Defendant
DANIEL SANTIAGO

ORDER VACATING BRIEFING SCHEDULE AND HEARING ON *DAUBERT* MOTION

Based on the stipulation of the parties and good cause appearing, IT IS HEARBY ORDERED that the briefing schedule and the hearing on the defendant's *Daubert* motion be vacated.

DATED: 1/9/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION
CR 12-0665 RS